JS-6

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No.  CV 18-05120-AB (RAOx)

Charlyn Zlotnik

          Plaintiff,

v.

Ovation, LLC et al

          Defendants.

ORDER DISMISSING CIVIL ACTION

     THE COURT having been advised by counsel that the above-entitled action has been settled;

     IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30   days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  October 17, 2018    _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.